JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBERT BURKLEY,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>　　　　Respondent. | Case No. CV 13-00424-VAP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: February 14, 2013

Virginia A. Phillips
United States District Judge