JS - 6/ENTER

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBERT BURKLEY, | Case No. CV 13-00424-VAP (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| FRANCISCO JACQUEZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: February 14, 2013

_Virginia A. Phillips_
Virginia A. Phillips
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY